UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORI TASSANO,
        Plaintiff(s),

v.

INNOVATIVE MEDICAL PRODUCTS, INC, et al.,
        Defendant(s).

CASE NO. 3:14-cv-03755 VC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
**X**   Private ADR *(please identify process and provider)* Private mediation by Stephen S. Harper, Esq.

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

**X**   other requested deadline   Within 180 days of order issuance

Dated: 10/29/14

_____
Attorney for Plaintiff

Dated: 10/29/14

_____
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

[~~PROPOSED~~] ORDER

  ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
  ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: November 4, 2014

_____
UNITED STATES   JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

PROOF OF SERVICE

**Case Name:**   Lori TASSANO vs. INNOVATIVE MEDICAL PRODUCTS, INC. et al.

**Court:**   United States District Court, Northern District of California

**Case No.:**   3:14-cv-03755 VC

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3. On **October 29, 2014** I served the following documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

4. I served the documents on the **persons** below as follows:

Bradley D. Fell, Esq.
LAW OFFICE OF BRADLEY D. FELL
590 Lennon Lane, Suite 120
Walnut Creek, CA 94598
Phone:  (925) 465-0307
Fax:  (925) 956-7187
E-mail: bfell@fell-law.com

*Attorneys for Plaintiff*

5. The documents were served by the following means (specify):

   X   **By electronic filing.** I served the documents by electronic transmission via the internet for uploading onto the District Court website/docket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   October 29, 2014

_____
Esther Hom

-1-

PROOF OF SERVICE